<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ESTATE OF KRISTEN MCCARTNEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SETON HALL UNIVERSITY, *et al.*, <br><br> Defendants. | Civil Action No. 24-6179 (SDW) (JRA) <br><br> **ORDER** <br><br> January 7, 2025 |

**WIGENTON**, District Judge.

      **THIS MATTER** having come before this Court upon motions by Defendants Seton Hall University, The Seton Hall University Board of Trustees, The Seton Hall University Board of Regents, Joseph W. Tobin, and Diane Lynch (D.E. 11) and Defendant Joseph Nyre (D.E. 26) to dismiss Plaintiffs Estate of Kristen McCartney, Donna Dockery, and Sean McCartney's complaint (D.E. 1-2), and this Court having considered the parties' submissions, for the reasons stated in this Court's opinion dated January 7, 2025,

      **IT IS** on this 7th day of January 2025,

      **ORDERED** that Defendants' motions to dismiss are **GRANTED**, and the complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

      **ORERED** that Plaintiffs are granted leave to file an amended complaint within thirty days.

      **SO ORDERED.**

                                   */s/ Susan D. Wigenton*
                                   **SUSAN D. WIGENTON, U.S.D.J.**

Orig:        Clerk
               José R. Almonte, U.S.M.J.
               Parties